IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARRIE MARIE EBERHARDT,

    Plaintiff,

    v.                                    Case No. 3:22-cv-00501-SLC

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Acting Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Acting Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

Upon remand from the court, the Appeals Council will order the ALJ to reevaluate the medical opinions and prior administrative findings in accordance with 20 CFR 416.920c; reevaluate Plaintiff's alleged symptoms and limitations; reassess the RFC; and obtain vocational expert evidence to assess whether there are jobs in

1

significant numbers in the national economy that the claimant could still do. The ALJ will further develop the record, offer the claimant the opportunity for a new hearing, and issue a new decision.

SO ORDERED this 26nt day of JANUARY 2023.

BY THE COURT:

HONORABLE STEPHEN L. CROCKER
United States Magistrate Judge